UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:24-cr-00118

———

**United States of America**

v.

**Jamichael Devorea O'Quinn**

———

**ORDER**

The court referred this matter to United States Magistrate Judge K. Nicole Mitchell for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The magistrate judge conducted a hearing in the form and manner prescribed by Rule 11 and issued findings of fact and a recommendation on the guilty plea. Doc. 68. The magistrate judge recommended that the court accept defendant's guilty plea and adjudge defendant guilty on counts one and two of the indictment. *Id.* Defendant waived his right to object to the magistrate judge's findings. *Id.* at 2.

The court accepts the United States magistrate judge's findings of fact and recommendation on the guilty plea. The court also accepts defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

In accordance with defendant's guilty plea, the court finds defendant Jamichael Devorea O'Quinn guilty of counts one and two of the indictment, charging violations of 18 U.S.C. § 922(o) – illegal possession of a machinegun.

*So ordered by the court on May 6, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -